# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00406-CV

**Lynnette Lauderdale, Appellant**

**v.**

**EPOC Fund II LLC, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 24CCV00472, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 30, 2024. On October 22, 2024, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by November 1, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed: December 27, 2024